# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 6, 2010

### BEFORE

WILLIAM J. BAUER, Circuit Judge
JOEL M. FLAUM, Circuit Judge
DIANE S. SYKES, Circuit Judge

| No.: 10-3227 | IN RE:<br> FREDERICK M. CUPPY,<br>Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:10-cv-01563<br>District Judge Matthew F. Kennelly ||

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on September 23, 2010, by counsel for petitioner,

**IT IS ORDERED** that the Petition for Writ of Mandamus is **DENIED**.

form name: **c7_Order_3J** (form ID: **177**)