U.S.C.A.–7th Circuit
F I L E D
OCT - 6 2010 RJT
GINO J. AGNELLO
CLERK

CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 10-3227

Short Caption: In re Frederick M. Cuppy

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Burke, Costanza & Cuppy LLP

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Schuyler, Roche & Crisham, P.C.

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

None

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

None

Attorney's Signature: /s/ Charles H. Cole    Date: 10/6/2010

Attorney's Printed Name: Charles H. Cole

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes [X] No [ ]

Address: Schuyler, Roche & Crisham, P.C., 130 E Randolph St., Suite 3800
Chicago, IL 60601

Phone Number: 312.565.8378    Fax Number: 312.565.8300

E-Mail Address: ccole@srcattorneys.com

rev. 01/08 AK

No 10-3227.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| *In re* Frederick M. Cuppy | Appeal from the United States District of Illinois, Eastern Division<br>Case No. 10-cv-1563<br>The Honorable Judge<br>Matthew F. Kennelly |

## NOTICE OF FILING

TO:   Gabriel Aizenberg, HOWREY LLP, 321 N. Clark Street, Suite 3400, Chicago, Illinois 60654

Frederick M. Cuppy, 511 S.E. 5th Avenue, Ft. Lauderdale, Florida 33301

**PLEASE TAKE NOTICE** that on October 6, 2010, we filed with the Clerk of the United States Court of Appeals for the Seventh Circuit, the original and three (3) copies of Burke, Costanza, & Cuppy LLP's **Circuit Rule 26.1 Disclosure Statement**, a copy of which is hereby served upon you.

Respectfully submitted,

BURKE, COSTANZA & CUPPY LLP

By: _____
One of Its Attorneys

Charles H. Cole
Richard J. Juarez
Margaret M. Fitzsimmons
SCHUYLER, ROCHE & CRISHAM, P.C.
One Prudential Plaza
130 East Randolph Drive - Suite 3800
Chicago, Illinois 60601
312-565-2400

U.S.C.A. – 7th Circuit
RECEIVED

OCT - 6 2010   RJT

GINO J. AGNELLO
CLERK

## PROOF OF SERVICE

Under the penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies it to be true and correct that she served a copy of this Notice and Burke, Costanza &Cuppy LLP's **Circuit Rule 26.1 Disclosure Statement** to the parties listed above by U. S. Mail at mail chute located at 130 East Randolph Street, Chicago, Illinois on October 6, 2010.

_____